IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00150-KAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN B. HART,

       Defendant.

## LIMITED NOTICE OF APPEARANCE

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case on behalf of defendant John B. Hart for the limited purpose of representation at the Initial Appearance in Rule 5(c)(3) Proceedings held on August 25, 2023, pursuant to the Order Appointing Counsel. *See* Doc. 4.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_Butterton@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2023, I filed the foregoing *Limited Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Nicole C. Cassidy, Assistant United States Attorney
    E-mail: Nicole.Cassidy@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    John B. Hart (via U.S. mail)

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant