IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 23-mj-00150-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN HART

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC hereby enters her appearance on behalf of Mr. John Hart in the above-captioned matter. Pursuant to D.C.COLO.L.AttyR. 5(a)(3)(C), undersigned counsel certifies that she is a member in good standing of the bar of this court.

Dated: August 28, 2023.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: stimson@slhlegal.com

*Attorney for John Hart*

2

**Certificate of Service**

      I certify that on August 28, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      *s/ Brenda Rodriguez*
      Brenda Rodriguez